SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SAMUEL J. TAGUE,<br><br>        Defendant. | 8:21CR160<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury charges that

## COUNT I

On or about February 5, 2021, in the District of Nebraska, Defendant SAMUEL J. TAGUE did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

JOSEPH P. MEYER
Special Assistant United States Attorney

1