**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR160 |
| | ) | |
| vs. | ) | |
| | ) | |
| SAMUEL TAGUE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on the unopposed Motion to Continue Trial [26]. Counsel needs additional time to reach a resolution or otherwise prepare for trial.  For good cause shown,

     **IT IS ORDERED** that the Motion to Continue Trial [26] is granted, as follows:

1. The jury trial now set for May 23, 2022 is continued to **July 25, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 25, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  May 10, 2022.**

                          **BY THE COURT:**

                          **s/ Susan M. Bazis**
                          **United States Magistrate Judge**